CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION
SEPTEMBER 2018 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 6:18-cr-17 |
| | ) | |
| v. | ) | |
| | ) | **INDICTMENT** |
| | ) | |
| MUNCIE ROBERT KERSEY, and | ) | **In Violation of:** |
| MAURICE ANTWAN WILLIAMS | ) | |
| | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c) |
| | ) | 18 U.S.C. § 922(g)(1) |

## COUNT ONE

The Grand Jury charges:

1. Beginning not later than January 1, 2016, and continuing until on or about April 28, 2018, in the Western Judicial District of Virginia and elsewhere, the defendant, MUNCIE ROBERT KERSEY did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

2. All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The Grand Jury further charges:

1. That on or about April 28, 2018, in the Western Judicial District of Virginia,

1

the defendant, MUNCIE ROBERT KERSEY, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

The Grand Jury further charges:

1. That on or about April 28, 2018, in the Western Judicial District of Virginia, the defendant, MUNCIE ROBERT KERSEY, knowingly possessed a firearm, to wit a Glock model 17 9mm pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as set forth in Count Two of this Indictment, and did brandish said firearm.

2. All in violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR

The Grand Jury further charges:

1. On or about April 28, 2018, in the Western Judicial District of Virginia, the defendant, MUNCIE ROBERT KERSEY, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit a Glock model 17 9mm pistol, which had previously been shipped and transported in interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

The Grand Jury further charges:

1. On or about April 28, 2018, in the Western Judicial District of Virginia, the defendant, MAURICE ANTWAN WILLIAMS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit a Bryco Arms model 380 .380 caliber pistol, which had previously been shipped and transported in interstate or foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

   c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

   d. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **Money Judgment**

   An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this 13 day of September, 2018.

s/Grand Jury Foreperson
FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY

4